UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

EMMANUEL LOWE (#536837)

VERSUS

JAMES LEBLANC, ET AL.

CIVIL ACTION

NO. 12-329-SDD-RLB

### RULING

The Court has carefully considered the *Petition*, the record, the law applicable to this action, and the *Report and Recommendation* of United States Magistrate Richard L. Bourgeois, Jr. dated June 18, 2013. Plaintiff has filed an objection which the Court has considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

Accordingly, the Defendants' *Motion for Summary Judgment* (Rec. Doc. 25) shall be granted dismissing the Plaintiff's claims asserted herein, without prejudice, for failure to exhaust administrative remedies in accordance with 42 U.S.C. § 1997e, but with prejudice to reassertion of the same claim or claims *in forma pauperis*.

Baton Rouge, Louisiana, July 9th, 2013.

SHELLY D. DICK, DISTRICT JUDGE
**MIDDLE DISTRICT OF LOUISIANA**